JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY ANTHONY DAVILLIER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. CV 15-04182-JAK (DFM)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 11/10/15

_____
JOHN A. KRONSTADT
United States District Judge